UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RONNIE ALONZO JONES,<br><br>                       Plaintiff,<br>  vs.<br><br>NATIONAL PERSONNEL RECORDS CENTER<br><br>                      Defendant. | CASE NO. 07cv1403-L (AJB)<br><br>**ORDER DENYING PLAINTIFF'S MOTION TO PROCEED** *IN FORMA PAUPERIS* |

      Plaintiff Ronnie Alonzo Jones filed a complaint. Concurrently he filed a Motion and Declaration Under Penalty of Perjury in Support of Motion to Proceed *in Forma Pauperis* ("IFP Motion"). For the reasons which follow, Plaintiff's IFP Motion is **DENIED**.

      All parties instituting any civil action, suit or proceeding in a United States District Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176, 1177 (9th Cir. 1999). Plaintiff's declaration is incomplete. For example, Plaintiff has not provided all the information requested in item no. 3.

      Plaintiff's IFP Motion is therefore **DENIED**, and the complaint is **DISMISSED** without prejudice. Pursuant to this order, Plaintiff is granted 60 days' leave to pay the filing fee required to maintain this action pursuant to 28 U.S.C. § 1914, or to submit the

required information regarding his financial status.  **IF PLAINTIFF CHOOSES TO FILE ADDITIONAL INFORMATION REGARDING HIS POVERTY, HE MUST ATTACH A COPY OF THIS ORDER.**

    **IT IS SO ORDERED**.

DATED: August 2, 2007

M. James Lorenz
United States District Court Judge

COPY TO:

HON. ANTHONY J. BATTAGLIA
UNITED STATES MAGISTRATE JUDGE

ALL PARTIES/COUNSEL