1

2

3

4

5

6

7

8                            UNITED STATES DISTRICT COURT

9                           SOUTHERN DISTRICT OF CALIFORNIA

10

11 | RONNIE ALONZO JONES,                         CASE NO. 07cv1403-L (AJB)

12 |                              Plaintiff,    **ORDER GRANTING PLAINTIFF'S
   |          vs.                               MOTION TO PROCEED *IN FORMA
13 |                                            PAUPERIS***
   | NATIONAL PERSONNEL RECORDS
14 | CENTER

15 |                             Defendant.

16

17       Plaintiff Ronnie Alonzo Jones filed an amended Motion and Declaration Under

18  Penalty of Perjury in Support of Motion to Proceed *in Forma Pauperis* ("IFP Motion").

19  For the reasons which follow, Plaintiff's IFP Motion is **GRANTED**.

20       All parties instituting any civil action, suit or proceeding in a United States District

21  Court must pay a filing fee. *See* 28 U.S.C. § 1914(a). An action may proceed despite a

22  plaintiff's failure to prepay the entire fee only if the plaintiff is granted leave to proceed *in

23  forma pauperis* pursuant to 28 U.S.C. § 1915(a). *See Rodriguez v. Cook*, 169 F.3d 1176,

24  1177 (9th Cir. 1999). Plaintiff's declaration shows his only source of income is a veterans'

25  disability pension and he has minimal assets. His declaration is therefore sufficient to show

26  he is unable to pay the filing fee. Plaintiff's motion to proceed IFP is granted.

27       Accordingly, **IT IS HEREBY ORDERED** as follows:

28       1. Plaintiff's IFP Motion is **GRANTED**.

- 1 -                                                                  07cv1403

Dockets.Justia.com

1      2.  The United States Marshal shall serve a copy of the Complaint and summons

2  upon Defendant as directed by Plaintiff on U.S. Marshal Form 285.  All costs of service

3  shall be advanced by the United States.  *See* 28 U.S.C. § 1915(d); Fed. R. Civ. P. 4(c)(2).

4      3.  Plaintiff shall serve upon Defendant or, if appearance has been entered by

5  counsel, upon Defendant's counsel, a copy of every further pleading or other document

6  submitted for consideration of the court.  Plaintiff shall include with the original paper to be

7  filed with the Clerk of the Court a Certificate of Service stating the manner in which a true

8  and correct copy of any document was served on Defendant, or counsel for Defendant, and

9  the date of service.  Any document received be the court which has not been filed with the

10  Clerk or which fails to include a Certificate of Service will be disregarded.

11      **IT IS SO ORDERED**.

12

13  DATED:  August 13, 2007

14  _____

15  M. James Lorenz
    United States District Court Judge

16  COPY TO:

17  HON. ANTHONY J. BATTAGLIA
    UNITED STATES MAGISTRATE JUDGE

18
    ALL PARTIES/COUNSEL

19

20

21

22

23

24

25

26

27

28

07cv1403